# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-00258-01-CR-W-DGK |
| ) | |
| LUIS F. GASTELUM-CASTRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's motion to suppress (Doc. 32), the Government's response (Doc. 36), United States Magistrate Judge Sarah W. Hays' Report and Recommendation recommending that the motion be granted in part and denied in part (Doc. 58) and the Defendant's objections to the Report and Recommendation (Doc. 65). The Court has also fully reviewed the suppression hearing transcript (Doc. 53).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Hays's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress (Doc. 32) is hereby GRANTED IN PART AND DENIED IN PART.

**IT IS SO ORDERED.**

Date: April 3, 2013         /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT